**From:** Feingold Zachary (USANYS)
**To:** Robert Knuts
**Date:** Wed, 26 Feb 2014 17:42:48 +0000
**Subject:** Stefan Lumiere

Mr. Knuts,
Please call me when you can.  My contact information (including cell phone) is below.  Thank you.
Best,
Zac

_____
Zachary Feingold
Assistant United States Attorney
U.S. Attorneys Office for the Southern District of New York
One Saint Andrews Plaza
New York, NY 10007
Phone:  212-637-2436
Cell:   917-575-9809
Fax:    212-637-2452
zachary.feingold@usdoj.gov
_____