-----Original Message-----
From: Robert Knuts
Sent: Thursday, February 27, 2014 4:09 PM
To: 'Feingold, Zachary (USANYS)' <Zachary.Feingold@usdoj.gov>
Subject: RE: Lumiere phone

I talked to Agent Callahan and it's all worked out.  Thanks.

Bob


-----Original Message-----
From: Feingold, Zachary (USANYS) [mailto:Zachary.Feingold@usdoj.gov]
Sent: Thursday, February 27, 2014 3:02 PM
To: Robert Knuts
Subject: Re: Lumiere phone

Alternatively, you can call Agent Callahan @ Redacted

----- Original Message -----
From: Feingold, Zachary (USANYS)
Sent: Thursday, February 27, 2014 03:00 PM
To: 'rknuts@parkjensen.com' <rknuts@parkjensen.com>
Subject: Lumiere phone

Bob,
The agents stopped by your client's building to return his phone to him,  but he's not at home. Are you able to reach him at all?
Zac