UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x
:
UNITED STATES OF AMERICA  :
: Docket No.: 16-CR-483 (JSR)
   -v-  :
: **DECLARATION OF**
STEFAN LUMIERE,  : **ERIC M. CREIZMAN**
:
          Defendant.  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x

     I, ERIC M. CREIZMAN, hereby declare under penalties of perjury pursuant to 28 U.S.C. §1746:

     1. I am an attorney duly admitted to practice law in the courts of the State of New York and before this Court. I represent Stefan Lumiere in the above-captioned case.

     2. On August 30, 2016, I filed omnibus pretrial motions on behalf of Mr. Lumiere, and included a declaration with exhibits. Exhibits C, and H through M were filed in redacted form. Exhibit N, which was referenced in the memorandum of law in support of the motion was not filed. All of those exhibits, however, were served on counsel for the government and delivered to the Court without redactions.

     3. At a hearing on Mr. Lumiere's motions on August 31, 2016, the Court directed me to file the redacted exhibits in unredacted form, which I neglected to do. Accordingly, and with apologies to the Court, I am doing so now.

     4. Annexed hereto is an unredacted copy of Exhibit C to my original Declaration in support of Mr. Lumiere's omnibus pretrial motions, dated August 30, 2016. Exhibit C is a true and correct copy of a search warrant affidavit and a search warrant of Mr. Lumiere's apartment in February 2014.

2

5. Annexed hereto is an unredacted copy of Exhibit H to my original Declaration in support of Mr. Lumiere's omnibus pretrial motions, dated August 30, 2016.  Exhibit H is a true and correct copy of the government's transmittal letter, enclosing discovery, dated August 8, 2016.

6. Annexed hereto is an unredacted copy of Exhibit I to my original Declaration in support of Mr. Lumiere's omnibus pretrial motions, dated August 30, 2016.  Exhibit I is a true and correct copy of the government's transmittal letter, enclosing discovery, dated August 9, 2016.

7. Annexed hereto is an unredacted copy of Exhibit J to my original Declaration in support of Mr. Lumiere's omnibus pretrial motions, dated August 30, 2016.  Exhibit J is a true and correct copy of the government's transmittal letter, enclosing discovery, dated August 9, 2016.

8. Annexed hereto is an unredacted copy of Exhibit K to my original Declaration in support of Mr. Lumiere's omnibus pretrial motions, dated August 30, 2016.  Exhibit K is a true and correct copy of the government's transmittal letter, enclosing discovery, dated August 15, 2016.

9. Annexed hereto is an unredacted copy of Exhibit L to my original Declaration in support of Mr. Lumiere's omnibus pretrial motions, dated August 30, 2016.  Exhibit L is a true and correct copy of the government's transmittal letter, enclosing discovery, dated August 17, 2016.

10. Annexed hereto is an unredacted copy of Exhibit M to my original Declaration in support of Mr. Lumiere's omnibus pretrial motions, dated August 30, 2016.  Exhibit M is a true

and correct copy of the government's transmittal letter, enclosing discovery, dated August 29, 2016.

11. Annexed hereto is an unredacted copy of Exhibit N, which was not identified in my original Declaration in support of Mr. Lumiere's omnibus pretrial motions, dated August 30, 2016. Exhibit N is a true and correct copy of a letter I sent to counsel for the government, dated July 20, 2016, requesting certain information.

I hereby declare that the foregoing is true and correct to the best of my knowledge under penalty of perjury under the laws of the United States of America.

/s/ Eric M. Creizman

New York, New York
January 3, 2017