# EXHIBIT B

**DRAFT Preliminary Stefan Lumiere Exhibit List 12/30/2016**

**DRAFT PRELIMINARY STEFAN LUMIERE EXHIBIT LIST**

| EXHIBITS | TITLE |
|----------|-------|
| **Recordings** | **Title** |
| D101 | CP 1.15.13 SVNT 3 |
| D102 | WS_10028 |
| D103 | WS_10015 |
| D104 | WS_10011 |
| D105 | WS_10010 |
| D106 | WS_10008[50925] |
| D107 | WS_10008[50846] |
| D108 | WS_10008 |
| D109 | WS_10007 |
| D110 | WS_10006[50976] |
| D111 | WS_10006 |
| D112 | VN6200034 |
| D113 | Skeie (Pareto Securities Conversation) |
| D114 | Skeie (James Terry Bingham McKutcheon) |
| D115 | Skeie (James Terry Bingham McKutcheon) |
| D116 | Skeie (Fortelus Capital) (99361) |
| D117 | Skeie (Fortelus Capital) |
| D118 | Skeie (Bingham McKutcheon) (99360) |
| D119 | REsmi |
| D120 | PMGI (Val Benson Imperial) (99355) |

**DRAFT Preliminary Stefan Lumiere Exhibit List 12/30/2016**

| | |
|---|---|
| D121 | PMGI (Val Benson Imperial) |
| D122 | Part II conversation with alex about resigning |
| D123 | Parking notice Dept of Finance 4.18.13 |
| D124 | Pareto & skeie Conversation [99359] |
| D125 | Pareto & skeie Conversation [99353] |
| D126 | Lighthouse FFN |
| D127 | Lighthouse FFN 2[99351] |
| D128 | Intelligent Investor HRBN |
| D129 | Hawaiian Air |
| D130 | FBR TMA |
| D131 | Dept of Labor –Closed due to holiday 1.20.14 |
| D132 | Dept of Labor 1.27.14 1.05pm – busy – Call back- |
| D133 | Dept of Labor 1.20.14 1.15-Inconclusive |
| D133 | CP-Wanted to move on –Release from |
| D134 | CP-Jason needs month-end stuff |
| D135 | CP-Global refi Symbion – Hear what people |
| D136 | CP-ATI IS IT HEALTHCARE |
| D137 | CP-wait for calling Josh Rozenberg on levels for |
| D138 | CP- Symbion Call |
| D139 | CP-Don't call josh about ATI Marking |
| D140 | CP- Dictating levels Month End-u know |
| D141 | CP USON – Buying pre-distribution |
| D142 | CP Sell NEBRK Stock |

## DRAFT Preliminary Stefan Lumiere Exhibit List 12/30/2016

| | |
|---|---|
| D143 | CP Moody Discussion on WHS |
| D144 | CP Levels- to Prince |
| D145 | CP FCF – 20MM rotech |
| D146 | CP Conv Symbion Cash Flow |
| D147 | CP Conv NEBRK buyer- CP Wants to sell 3-ROTECH- Talk down Rotech |
| D148 | CP CDS |
| D149 | CP CDS Pass thru CDS- discussion on UHS |
| D150 | CP Call with ATI CEO Schedule for Thursday |
| D151 | CP Call marwood Doc Fix |
| D152 | CP Brown Rudnick- ATI |
| D152 | CP Bonus Review 2013 |
| D153 | CP – Month End |
| D154 | Conversation w PB 4.14.13 |
| D155 | Conv with ALEX about leaving Visium Disparagement Proof |
| D156 | Conv w pb 4.4.13 |
| D157 | Conv w IRS 4.5.13 |
| D158 | Conv w Huemer- CMED Plaford marks not based on trading levels |
| D159 | Conv W CP 4.15.13 (% of Campuses Closed) |
| D160 | Conv on ATI Call Zawisky 4.15.13 |
| D161 | Consolidation Vertis |
| D162 | CLWR Conf Call2 |
| D163 | Brian Anderson |
| D164 | Andrew Milgram ATI Conv. |

## DRAFT Preliminary Stefan Lumiere Exhibit List 12/30/2016

| | |
|---|---|
| D165 | CP-ATI Valuation |
| D166 | CP ATI Discussion |
| D167 | Conversation with Andrew Han about Rural |
| D168 | Conversation with Plaford about BAL & Credit Funds and RURL think around mid July 2013 |
| D169 | Conversation with Plaford about FFN, etc on 8.7.13 |
| D170 | Conversation with Plaford about goal posts moving again think on Wed 6.26.13 |
| D171 | Conversation with Plaford about Rural |
| D172 | JT-SL Meet 12.19.13 |
| D173 | Thorell-Lumiere Meeting #2 |
| D174 | Thorell-Lumiere Meeting #3 1.17.2014 |
| D175 | O'Callaghan #1 1.13.2014 |
| D176 | O'Callaghan #2 2.27.2014 |
| D177 | Meeting with Jake Gottleib 6.24.13 |
| D178 | Meeting with Steve Ku and David Keily 7.1.13 |
| D179 | Meeting with Steve Ku on 8.1.13 |
| **Documents** | **Title** |
| D201 | Order, dated 8/19/2015, by The Honorable Sarah Netburn, *Shah v. Levy,* 13-CV-2975 (SDNY) (LGS) |