UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| UNITED STATES OF AMERICA | Docket No.: 16-CR-483 (JSR) |
| -v- | **DECLARATION OF** |
| STEFAN LUMIERE, | **ERIC M. CREIZMAN** |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

I, ERIC M. CREIZMAN, hereby declare under penalties of perjury pursuant to 28 U.S.C. §1746:

1. I am an attorney duly admitted to practice law in the courts of the State of New York and before this Court. I represent Stefan Lumiere in the above-captioned case.

2. Annexed hereto is a true and correct copy of the government's preliminary exhibit list, served on December 28, 2016.

I hereby declare that the foregoing is true and correct to the best of my knowledge under penalty of perjury under the laws of the United States of America.

/s/ Eric M. Creizman

New York, New York
January 5, 2017

1