Jonathan N. Halpern
Jonathan H. Friedman
**FOLEY & LARDNER LLP**
90 Park Avenue
New York, NY  10016-1314
Tel: 212-682-7474
Fax: 212-687-2329
jhalpern@foley.com
jfriedman@foley.com

*Counsel for Defendant Stefan Lumiere*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------X

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | Docket No.: 1:16-CR-00483-JSR |
| -v- | : | |
| | : | **NOTICE OF MOTION TO** |
| | : | **VACATE JUDGMENT AND** |
| STEFAN LUMIERE, | : | **GRANT A NEW TRIAL** |
| | : | |
| | : | |
| Defendant. | : | |

------------------------------------------------------X

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and the Declaration of Jonathan N. Halpern, defendant Stefan Lumiere, by his counsel, will move this Court, before the Honorable Jed S. Rakoff, United States District Judge, United States Courthouse, 500 Pearl Street, New York, New York 10007, at such date and time as designated by the Court, to vacate the judgment against the defendant and grant a new trial in the interest of justice pursuant to Rule 33 of the Federal Rules of Criminal Procedure.

4852-3656-3011.1

2

Dated:  February 16, 2017
          New York, New York					FOLEY & LARDNER LLP


							By: /s/ Jonathan N. Halpern
							    Jonathan N. Halpern
							    Jonathan H. Friedman
							    90 Park Avenue
							    New York, NY  10016
							    (212) 682-7474
							    jhalpern@foley.com
							    jfriedman@foley.com


							*Attorneys for Defendant Stefan Lumiere*

2

4852-3656-3011.1