# CENTRAL PARK SOUTH
## OBSTETRICS AND GYNECOLOGY ASSOCIATES

SAMUEL RAFALIN M.D., F.A.C.O.G.     RICHARD M. LUMIERE M.D., F.A.C.O.G.

The Honorable Jed S. Rakoff
U.S. District Court Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

Monday May 8th, 2017

Dear Judge Rakoff:

    We are deeply saddened and frightened by the events that have brought our son, Stefan Lumiere, to your courtroom after a jury found him guilty. Stefan has always been a model son: smart, sensitive, respectful, and compassionate. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ He also gave daily support to his sister, Alexandra, during her contentious child support trials and divorce from Jacob Gottlieb, the founder/CIO of Visium Asset Management.

    A bit of family history. I graduated from Cornell Medical School and served in the United States Public Health Service in Washington, D.C., before moving to New York to complete my residency in obstetrics/gynecology at New York Hospital and Lenox Hill Hospital. I met my wife, Bianca, who is originally from Montreal, while she was working as a dietician. We settled into an apartment on the Upper West Side, where we raised our four children. I practiced medicine for the last 40 years, but I am most proud of this family. We had an unusually happy home. In fact, our former neighbor, the financier George Soros, once came over with a pen and paper to quiz my wife and me on our secrets to family success.

    Stefan is our second child, and our first son, and he's always filled our life with joy and laughter. He attended the Lycée Francais de New York and The Kent School in Connecticut, and there was never a hint of bad behavior of any kind. He was a diligent and popular student, as well as a great athlete. Stefan was always kind, helpful, and polite. One family friend, then an executive at Club Med, was so impressed with Stefan's sunny disposition and hardworking nature that he offered him a summer job in Mexico. Stefan was later singled out for recognition from his boss for having gone out of his way to save several of the club's boats from damage during a terrible storm. Stefan didn't think it was such a big deal. He was just thankful for the work.

    After graduating with a B.A. from Tulane, Stefan was interested in pursuing an M.B.A. He also liked the idea of living abroad and was encouraged by one of my patients to study at INCAE, the leading business school in the Americas outside of the U.S. So after a six-week Berlitz language course, Stefan took off for Latin America. He didn't know a soul in Costa Rica before he arrived, but he was confident he would find his way. All instruction at the school was in Spanish, but Stefan buckled down with his Spanish-English dictionary and persevered as one of the only American students. He did well in his studies, becoming trilingual in the process. With his business degree in hand, he returned to New York City and quickly found work at Merrill Lynch and later, at Spear, Leeds, and Kellogg (a division of Goldman Sachs).

    He also had a lovely girlfriend named Paola whom he'd met in Costa Rica and dated for a few years before proposing marriage. Soon after their engagement, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Stefan remained deeply devoted to her and insisted on marrying her anyway. In the end, it became too stressful for

---

# CENTRAL PARK SOUTH
## OBSTETRICS AND GYNECOLOGY ASSOCIATES

SAMUEL RAFALIN M.D., F.A.C.O.G.     RICHARD M. LUMIERE M.D., F.A.C.O.G.

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬. The wedding was called off. Heartbroken, Stefan reluctantly moved on, and Paola moved back with her family in San Jose. She has since married, had children, and unfortunately, divorced. They still keep in touch, and Stefan is always there for Paola whenever she needs advice or encouragement.

Stefan threw himself into his work. Everything was going well until he invited a new acquaintance, Jacob Gottlieb, into our home. I'll condense a long, brutal experience into as few words as possible. Our youngest daughter, Alexandra, was attracted to this man. There were so many red flags…including one from Jake's mother, a doctor like myself, who confided in me that her son would have made a good doctor, but he lacked compassion. Alexandra married Jake anyway, and Jake ended up hiring Stefan at his hedge fund. But when Alex's marriage started unraveling, Stefan's position at the company became untenable, and he eventually resigned.

Stefan stuck by his sister, and the experience has brought them even closer. He now is Alexandra's fiercest protector and confidante, as she faces new challenges as a single mother. Stefan also has become a surrogate father to his two young nieces, Casey, 11, and Lila, 9, who see their own father only once a week for dinner. Since Stefan has never been married and has no children of his own, he feels especially close to the girls. He visits with them often, and they delight in his attention. He also is attached to their family dog, Mozart, and has taken responsibility for his care whenever needed. Understandably, Casey and Lila are devastated by this entire court ordeal that has torn our family apart. It probably will be hardest on them to lose their favorite uncle, as he has become a constant and loving presence in their lives.

Stefan has suffered other setbacks as well. He was at the World Trade Center on 9/11 when the towers fell around him. ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ ▬▬▬▬▬▬▬▬▬▬▬ He also was hit by a taxi a few years ago, resulting in three painful operations to his leg. Stefan is never one to complain, but this court case has taken its toll. Stefan was once so strong, happy, and healthy…and now he is a shell of the person he used to be.

Our family's only consolation is that Stefan has found a new purpose at the end of this sad journey and a way to mend his soul. He bought a small apartment in foreclosure and spent the last few years renovating it, providing solace in hard work. Stefan has always liked physical labor, and he very much enjoys working alongside his crew who taught him carpentry, plumbing, and electrical work. His mother also loved overseeing the design aspects of his renovations, which helped take her mind off her arthritic pain. They make quite a team and look forward to working on future projects together. Stefan has reinvented himself in the process. He became a licensed contractor and is happy to have left Wall Street behind. He would like nothing more than the opportunity to continue hiring people and working alongside them on home rehabilitations.

While my wife and I must accept the jury's verdict, we are shocked that Stefan is in this unfortunate position, as this mess is truly out of character for him. We ask that you see the good side of Stefan and how many people he has impacted in a positive way. He is an uncomplicated and humble man who has never had the slightest brush with the law. We've always thought of Stefan as a "look-straight-ahead" kind of guy. As you decide his fate, we beg for you to be as lenient as possible in his sentencing, so our sweet son can see a light in his future.

Respectfully,

*Richard Lumiere M.D.*
Richard Lumiere, M.D.

*Bianca Lumiere*
Bianca Lumiere