The Honorable Jed S. Rakoff
United States District Court Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

Monday, May 15, 2017

Dear Judge Rakoff,

My name is Justin Samuel Lumiere. I am Stefan Lumiere's younger brother, 1.5 years his junior. Stefan is my brother and my best friend and I can say without reservation that nobody knows him better than me. We have experienced just about everything together; from surviving a near-death car accident on the Westside Highway when we were 7 and 9, respectively, to working together as Special Situations Analysts for Oscar Gruss & Son. Stefan trained me for my position as an analyst with Oscar Gruss & Son. He taught me to be a hard worker and most importantly to be honest and never take any shortcuts.

I am the father of 2 sons: Jack Everett Lumiere (aged 6) and Gavin Zane Lumiere (aged 3). I earned a Bachelor's Degree from Emory University in French Literature and Masters in Business Administration from the University of Chicago Booth School of Business. I am currently employed as a financial advisor within the wealth management department of Merrill Lynch Pierce Fenner & Smith in Boca Raton, Florida.

Stefan is one of the most compassionate, hard-working, honest and virtuous people I have ever met. I want to share a story about Stefan which best exemplifies his honest nature. At Visium Asset Management, Stefan ran the firm's Risk Arbitrage portfolio. In around 2008/2009, an analyst and myself sat with Stefan at a table of the Four Seasons Hotel bar on East 58th Street to discuss several interesting investment opportunities within the Risk Arbitrage space. At the time, the Rohm & Hass/Down Chemical ("ROH/DOW") merger had been announced to the public but had not yet been consummated and risk arbitrageurs were investing in the deal spread created by this open situation. I mentioned to Stefan that my department was constructive on the ROH/DOW situation and that we had recently reviewed an interesting document that gave us a higher degree of confidence that the transaction would ultimately close. I then placed a manila envelope on the table in front of Stefan. He immediately said to me: "before you say another word, is what is inside that envelope public information yes or no, cause if it's not I am leaving right now and don't want to hear another word." I immediately informed Stefan that yes it was a publicly-available document and that we had downloaded it from the court website. The way Stefan handled this situation is the same way he handled every situation to which I have been a witness, notably with honesty and integrity.

I will share one more story about Stefan which exemplifies his loyal and caring nature. Stefan has always looked out for the well-being of others and is one of the most faithful people I have ever met. After he left Goldman Sachs with his team of 5 other investment professionals, Stefan was offered a job to continue the business he had been doing for Goldman. When he was offered the position with the new firm, the hiring manager informed Stefan that the job position was only for him and that they would build a new team for him. Stefan sacrificed this new position for the good of his team. He told the hiring manager:" I will accept your offer but only if it includes my full team. I am loyal to them and will not make a move without them." This is the Stefan I know.

I am aware of the crime of which Stefan has been found guilty. I have to say that when I heard of the original allegations I was in disbelief as this was not the Stefan I have known all my life. I appreciate your time in reading my letter as well as the countless others that I am sure you will receive from Stefan's many close friends and other family members. These letters will hopefully show you the Stefan we all know and love. I pray that you will take Stefan's many qualities and past behaviors into consideration when imposing your sentence upon him. I implore you to be as lenient as you possibly can. I will miss my brother and best friend terribly if he is sent away.

With Utmost Sincerity,

Justin Samuel Lumiere