Lila Lumiere Gottlieb
NY, NY 
(my mom)

The Honorable Jed S. Rakoff
United States District Court Judge
Southern District of New York
Daniel Patrick Moynihan, U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

May 10th, 2017

Dear Judge Rakoff,

My name is Lila Gottlieb. I am 9 years old. Stefan Lumiere aka Fafa is my uncle. Fafa is my favorite person. I see him twice a week. He loves me. And I want him to stay here for me.

Fafa plays with me, swims with me. He taught me how to climb a rock wall. He teaches me self-defense. He takes care of my treasure Mozart, my dog. He makes me feel safe. We wrestle and laugh. He bites M&Ms off my nose. He respects me so much. He cares about my feelings even when I am mad. He does so many things to make me feel happy.

Did you know my Uncle does not eat meat? Because Fafa has such a good heart, he does not want to hurt any animals. Is that someone who should be in jail? He would not hurt a cow or a pig. He would not do a horrible crime. He is a good person who should stay with his family. Jail should be for bad people who do horrible crimes.

I know Fafa like the back of my hand. He would never do something so horrible to my dad's Visium company. My dad owns Visium.

Imagine that someone you loved that was so good to you as Fafa may go to jail. It breaks my heart. I as a 9 year-old should not be getting involved, but when I see what is happening to my uncle, I asked to get involved. That's how I feel. I know that Fafa has to get punished. And I know you can think about what he did and what kind of person he is when you choose his punishment. Fafa makes me giggle when I don't feel a single tickle.

You probably understand how hard it feels to lose someone in your family. If you don't, it burns. Someone so good like Fafa should not be put in a cage. Please think about my feelings. I really hope Fafa does not get taken away from me.

Respectfully Submitted,

Lila Lumiere Gottlieb

*Lila Gottlieb*