Casey Gottlieb
NY, NY
(my mom)

The Honorable Jed S. Rakoff
United States District Court Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

May 10th, 2017

Dear Judge Rakoff,

    Hello your honor. Nice to make your acquaintance. My name is Casey Gottlieb. I am 10 years old and I go to Riverdale Country School. Stefan Lumiere is my uncle. He is the brother of my mommy, Alexandra. Stefan used to work for my dad's company, Visium Asset Management.

    I call Stefan "Fafa." That is our nickname for him. Fafa means the world to me. I couldn't live without him. Fafa loves me and I feel Fafa's love. Fafa feels like a dad to me. He goes out to dinner with me. He gives me presents. He loves me like a dad.

    When i was little and fell into a pool when I still could not swim, there were other people standing around wearing swimsuits and who were closer to me. But Fafa, who was fully clothed, was the one who ran and jumped into the pool to save me from drowning. Everyone tells me that Fafa did not even take a moment to think about it.

    **I love him**. Fafa teaches me many lessons. He teaches me Ninja moves..."Just like Water." He tells stories in funny voices. Sometimes, he helps me with my homework and teaches me to pay attention and follow directions. He teaches me to "be prepared." He gave me a Spirit Animal. He makes me laugh when I am sad. He makes me feel good about myself.

    When my mommy is busy, Fafa calls me to ask my advice. He believes in me. He thinks I am smart and wants to know what i think about stuff.

    When my mommy was stressed, he helped out. Fafa takes care of our pets when we go away. Without him, I don't know what life is worth. He is the music to my dance. He is the lyrics to my song. **He is the world to me**. I hope I can see him and he can live a great life or I don't know what I would do. Please help me by helping Fafa. Without him my life is nothing. Fafa will go out of his way to make my day better.

    I really know Fafa and I do not think he would do anything that deserves going to jail and being taken away from us. He is so nice. Please consider how good my uncle is and how important he is to me, to my sister, to my mommy, to our pets when you decide his punishment. **I NEED HIM to keep being here for me.**

Respectfully Submitted,

Casey Julia Lumiere Gottlieb

*Casey Gottlieb* (signature)