The Honorable Jed S. Rakoff
U.S. District Court Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

Tuesday May 9th, 2017

Dear Judge Rakoff:

My name is Francesca Haley Howard. I am 10 years old and in the 4th grade at Fieldston Lower School in the Bronx. I am writing this letter to support my Uncle, Stephan Lumiere, otherwise known as Fafa.

Fafa is very sad about having to go to court, so I want to tell you how great he really is. Fafa is funny, nice, and silly. Whenever I cry, he knows how to turn my tears into laughter. He likes to tell me stories about his life and adventures. He loves me very much, and I love him back. He is the best uncle ever, and secretly my favorite one. He doesn't mind sitting at the kids' table and eating with my brother and cousins. He thinks we are a lot of fun! He always tells us he'd rather be with us than the grown ups anyway. All the kids who meet him like him, because he always makes sure we have a good time. He is never boring. He is like a big kid. Very goofy!!!!!

Whenever people exclude me, he always stands up for me. He tells me I should learn how to stick up for myself. So now I want to stick up for him. I can't imagine him doing anything really wrong that would break the law, because he is such a good person. I can't imagine not having him not being around to watch me grow up. I want to keep seeing him on weekends, and I want him to keep coming to my school plays and performances.

Please be nice when you see him in court, because he will be so sad and scared at what is happening. He might not show it, but trust me, he will be. Sadly I can't come because I probaly have school that day, but I will be thinking of him and crossing my fingers.

Sincerely,

Francesca Howard

New York, NY