

VICKI LUMIERE FEDER

PLANTATION, FL

May 8, 2017

The Honorable Jed S. Rakoff
U.S. District Court Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

Dear Judge Rakoff,

Stefan Lumiere, my nephew is the first son and second of four children of my brother Dr. Richard Lumiere and his wife Bianca. I have known Stefan since the day he was born on July 25, 1970. Our family enjoyed most Thanksgivings and New Year's together in New York and Connecticut. All our children/cousins are close and have spent lots of time with Stefan and know him very well.

I grew up in Dalton, Georgia and went to the University of Georgia where I studied Advertising and Public Relations. After completing college, I married Jeff Feder and we moved to Baltimore, Maryland, Washington, D.C. and ended up in York, PA. We lived in York for 31 years and raised 3 daughters. When our children were small, I was very involved in their school and after school activities. As soon as I had an opportunity to use my creative interests I opened a small gourmet candy and gift shop with two other friends. Six years later we all decided to go our separate ways. I took a position as a Sales Representative for Schering Plough and later with Apria Healthcare until we moved to Florida in 2001.

I now work as an Interior Decorator in the South Florida area and have been actively working in this field for about 15 years. I am a member of the American Society of Interior Designers (ASID). I am aware of the crime that Stefan has been convicted of and know that the Jury has found him guilty. It is; however, very hard for me to see him involved in a situation such as this. Stefan has always been extremely smart and an incredibly hard worker. I remember seeing him studying for hours when he could have been out with friends. When he was preparing to enter Business School in Costa Rica, he buckled down and learned to speak Spanish in a couple of months.

Stefan left the financial arena to follow a new path. He purchased an apartment that was in need of a complete update with all intensions of re-doing it to sell. He physically worked with the contractors and was there day after day until it was completed. I recently saw it finished and it was an unbelievable transformation. Very proud of his work as I know personally thru my business how much work and time it takes to accomplish. The rules

and regulations that are involved, working with a construction crew daily and completing a project such as this is a strenuous task.

When I was in New York for any birthday parties for Stefan's young nieces, I liked seeing that he always got involved with the kid's games along with them and made it fun. He seemed to enjoy making them happy!!

The most memorable time for me personally was when my oldest daughter, Joanna passed away at age 38 from cancer. Stefan was the first of my nieces and nephews to call me and express how sad and sorry he was. He then sent a beautiful plant and not only was it a wonderful kind thing to do but imagine he was single, his parents were in France and he did this on his own. How many 35-year-old guys would do this? It really meant so much to all of us. It shows a thoughtful kind person and demonstrates a person of character. I will always remember what he did.

I do not know how this offense could have taken place. I just hope that for the real Stefan that I know, the court will consider my thoughts and perspectives and will show compassion.

Respectfully Submitted,

*Vicki Lumiere Feder*

Vicki Lumiere Feder