Olga M. Bardon

▇▇▇▇▇▇

Brooklyn, NY ▇▇▇

▇▇▇▇▇▇

The Honorable Jed S. Rakoff
U.S. District Court Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York 10007-1312

May 5, 2017

Dear Judge Rakoff,

    My name is Olga Bardon, I am Stefan Lumiere's girlfriend, I am 41 years old. I have known Stefan for two years. I am originally from Peru, South America. I arrived here at the age of ten. My parents came to the United States to make a better life for themselves and achieve the american dream. I had a tough upbringing as my parents struggle to make ends meet as immigrants. I currently work as a Spanish teacher for the New York City Public School System and enjoy my job very much. I take great satisfaction in working with children, motivating and inspiring them fulfills me every day.

    When Stefan and I met I was impressed with his great sense of humor, sarcasm and humility. After our first three dates, I felt very comfortable with him. Stefan speaks Spanish fluently and is very familiar with the Spanish culture. I was impressed on how much we connected. As I got to know Stefan, I became aware of his good heart and kindness. He has a sense of humor that makes one laugh in your most difficult days. He is a loving, generous person who treats people with respect. The man I know is a very affectionate man who is considerate with others and goes out of his way to make people feel comfortable and appreciated. Stefan has inspired me to be the best I can be as a human being and teacher.

    Stefan has advised me with several issues I had at work and in my personal life. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ I am thankful to him for being there for me and making me feel better emotionally. Throughout many of our conversations and Stefan's actions I have come to realize the kind of human being he is. He is a compassionate man with good moral character. Stefan has always been easy to talk to, never making me feel that he is above me. He is a humble man. He is always looking out for me and continues to take good care of me.

    Stefan and I have a strong, loving relationship. We spend a lot of time with each other and we have learned to admire each other's qualities and accept our imperfections. He is a very sweet, gentle man who has fulfilled my life with love, laughter and emotional support. We currently live together and a share a love for animals. We have a dog and we both enjoy taking care of him.

    He shares with me his experiences of being a surrogate father to his nieces and the intelligent and funny things that his nieces say and do and the wonderful time he has spending with them and his family. I enjoy talking to Stefan about my family and my job with my every day experience with my students. For

example in one occasion at work a parent insulted me because she was upset about her child's grade, Stefan told me not to take it personal. He told me that I had done my job by contacting her earlier about the jeopardy of her son not passing the class if he did not attend tutoring. He mentioned that the parent is probably very frustrated.  He suggested for me to wait a couple of days and speak to the parent and maybe together, the parent and I might think of ways to encourage him to attend tutoring. I felt better after that conversion and admire Stefan for giving me his point of view and advice.

I am calling on your mercy during sentencing Stefan. He is not the person the prosecutors portrayed him to be. He is one of the most honest, caring and responsible man I have known and has a lot to contribute to society.


Respectfully Submitted,

*Olga Bardon*

Olga M. Bardon