JANE BEVANS

New York, New York
Tel:
Fax:

May 8, 2017

The Honorable Jed S. Rakoff
U.S. District Court Judge
Southern District of New York
Daniel Patrick Moynihan U. S. Courthouse
500 Pearl Street
New York, New York 10007=1312

Re Stefan Lumiere

Dear Judge Rakoff,

I am a member of the strangely extended close family of Stefan Lumiere; Stefan's father, Richard, is a half-brother to my half-brother. They share a father and my brother and I have the same mother. Our children grew up together, played together and took care of one another. The oldest of the cousins, Gregory, died in the year 2000. Gregory was very close to all his younger cousins and when he died, I was touched by the tenderness and care Stefan showed to my brother and sister-in-law, spending days with them talking about Gregory and telling wonderful stories to help them in their grief. He exhibited an uncommon compassion and maturity.

One of my special memories is of him as a very little boy playing a game with Gregory. Stefan sat in a dining chair with his eyes closed and Gregory tossed M&Ms in his mouth, one at a time. It was Stefan's job to guess the color of the M&M. He didn't peek to see the color Gregory was tossing. He stridently tried to discern the color from the taste. They must have played the game for half an hour and Stefan just kept guessing without complaint if he was wrong. Nothing is more surprising than to think of Stefan as dishonest.

Stefan is generous and caring, loyal and protective. He is straight forward and honest; he is also a bit naive. He tends to see things as fair and unfair, good and bad, black and white, lacking in gradation. His loyalty to those he loves is one of his chief characteristics. He continued his employment at Jake Gottlieb's firm because he thought he could protect Alexandra from her abusive husband in a brutal divorce. Stefan made the bad choice of staying in the job to help his younger sister who wanted him to keep an eye on Jake.

Stefan stood in the place of father to the Gottlieb children. He felt especially accountable for introducing Alexandra to Jake Gottlieb. Through the years that Alexandra and Jake were together, it was Stefan who guarded and defended her and took care of the children. He learned a lot about love and caring from Gregory.

Respectfully submitted,

*Jane Bevans*

Jane Bevans