The Honorable Jed S. Rakoff
United States District Court Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

May 8, 2017

Dear Judge Rakoff,

I'm submitting this letter in connection with Stefan Lumiere's sentencing on May 23rd. I cannot help but express my surprise at the ruling of guilt for Stefan. My name is Acacia and I lived with Stefan as his girlfriend for 2 years during his employment at Vizium and when he left there. I'm from Kansas and have lived in New York for the past 10 years. I work as the Human Resources Coordinator at The Rockefeller University. I have known Stefan for over 6 years.

Stefan and I spoke every day about his job and the happenings. He was a project manager at Vizium but his sister was divorcing the owner of Vizium and he expressed his concern that he would be let go due to the ugliness of that divorce. Knowing that finance is a small world, he could not have bad mouthing or being fired on his reputation. We had also discussed when he should quit (to circumvent the firing) because he had just had a surgery and had been working from home during most of the recuperation time.

Living with Stefan during this time period – the surgery, the increasing anxiety over his job, the anxiety of trying to find a new job, etc. – was the roughest time of our relationship. He stopped laughing and telling jokes. He started being more isolated and worried. It was taking a toll on him but he needed the paycheck to pay rent and bills, so he could not immediately quit Vizium.

[redacted]

Needless to say, our relationship didn't make it much past the time he quit Vizium. We were together for a little over 2 years, living together for most of those 2 years. He was, and is, my friend. He is one of the most honest, hardworking, reliable, giving people that I have ever known. I have many examples of this and will try to stick with just a few.

> I have many artist friends, and some of my family, that are broke. Stefan has given his own possessions to my friends and family, not caring that he would lose these items. These have included clothes, furniture, cell phones, guitars, dishes, money and time (if they needed help with anything financial, they knew they could speak to him). He even let my friends crash on his couch without ever meeting/knowing them beforehand.

He is honest to a fault. I have never seen him lie (even if it might be beneficial to him) or hurt someone purposely. He refuses to do or say anything in a self-serving manner in personal or business dealings. We would go to the Hamptons for most weekends during the summers and stay in a shared house. Girls out there can get scammed by guys (and vice versa) looking for a one night stand or a way to get money out of someone. If any guy or girl would ask Stefan's opinion about these scammers, Stefan was upfront about his dealings with said person so that the guy or girl would not get involved with a shady person. Whereas most people would not tell the truth or exert the effort, Stefan always told the truth about these people.

I watched Stefan work on projects for Vizium until all hours of the morning. He would spend some weekends working until he had perfected his projections. He never tried to take the easy route or not finish a job. He would cancel trips, if needed, in order to finish his job. He has such an amazing work ethic that I was quite flabbergasted when he told me how little he made for Vizium. I always used to ask him why he would work so hard for a company that didn't care about him and would likely fire him due to the divorce. He always replied, "Because it's my job. And it's my name." His reputation for being hardworking and honest was of the utmost importance to him.

I have needed help moving apartments or keeping my cat when I go away. Stefan has always offered to help in any way that he can and has always been reliable. He has shown up when none of my friends or family have/could. This is New York. It's easy to get lost in the sea of people, but I have always known that I could count on him as a true friend.

I have so many good things to say about Stefan and it saddens me to even have to write this letter. If you spend 5 minutes talking to Stefan on the street, you immediately know what kind of person he is. The human aspect is not tried in cases such as Stefan's, and I do think that's a shame. I have never seen him treat any person, young or old, his ex-boss at Vizium or even ex-colleagues that don't want to be associated with him now due to the trial, without respect or honesty.

I humbly request that the court be lenient in sentencing Stefan. I appreciate your consideration in this matter.


Respectfully submitted,

Acacia Lawson