

Francine Parisella Korby

New York, N.Y.

The Honorable Jed S. Rakoff
U.S. District Court Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York 10007-1312

January 22, 2017

Dear Judge Rakoff,

My name is Francine Parisella Korby. I am Stefan Lumiere's aunt, the younger sister and only sibling of his mother, Bianca Lumiere. I was born in Montreal, Quebec on September 18 of 1944. My father, Honore Parisella married my mother Jeanette Saint-Pierre in Montreal on June 1938. I went to an all-girl Catholic boarding school with my sister in Montreal, and in 1966, I graduated from the University of Montreal with a Bachelor of Science in Nutrition.

My direct family in Montreal, Mr. Maurice Saint Pierre was the Director-General of the Surete du Quebec Province and later appointed CEO.

Gilles Houde, Parliamentary Assistant to the Minister of Communications, Minister of Education, Minister of Intergovernmental Affairs, Minister of Tourism, Hunting and Fishing and Director of the Office du tourisme du Quebec in Paris. Honored by the Pierre de Coubertin Society of France and the Royal Life Saving Society of England.

John Parisella, Secretary of Prime Minister of Quebec, Delique du Quebec

I worked as a clinical dietician at Mount Sinai in New York. When married, I decided to dedicate myself entirely to homemaking and my children. I have three daughters, Alissa, Kloe and Chanel, all raised in New York City in the very same building as Stefan and his family. My sister's family welcomed me into their home for three years with my young three-year old daughter Alissa so I helped raise Stefan with my sister and her husband, Richard.

Upon hearing the horrible news about Stefan's predicament, I am devasted. He is the one that at dinners converses about morality and justice and how horrible things are in this world and question why can't people just be good to each other.

When my children were young, Stefan frequently babysat for my daughters. They adored the company of their older first cousin for his gentility, wonderful sense of humor and a child at heart. As their mother, I delighted in the seriousness with which he took these responsibilities. My daughters were always safe in Stefan's hands. He is has always been our family's protector.

Over the years since Alexandra Gottlieb, my niece, had her two daughters, Lila and Kacy Gottlieb. Their interaction with their uncle Stefan has been very close. Stefan enjoys teaching them how to swim, dance and taking them to the zoo.

He gave of his time with grace, never making me feel like I was imposing, always making me laugh and feel comforted. He gave me furniture and other household items, including a television. He even personally built shelving for me! As a Mormon, all I can say is Stefan was a truly a godsend when I never needed one more.

Stefan is a good man.  Please be merciful.

Please feel free to contact me if I can clarify anything you would like to know about the character of my nephew, Stefan.  If you spent the time to get to know him, you would see how unique and good he is.

Respectfully Submitted,

*Francine Parisella Korby*

Francine Parisella Korby