# *Paula Zúñiga Spano*

paulazun@yahoo.com   San José, Costa Rica

San José, Costa Rica, May 8, 2017

The Honorable Jed S. Rakoff
United States District Court Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

Dear Judge Rakoff,

Please receive my respectful regards.  I am writing on behalf of the case of Stefan Lumiere, whom I have known for a long time now.  Although I live in Costa Rica, my home country, we have kept in touch throughout the years.  Stefan is a person who I really appreciate and have fond memories of.

I met Stefan in 1995, while he was in Costa Rica finishing his MBA in INCAE, a prestigious Business School in Latin America.  Our timings coincided because as soon as he graduated, I went to college to Washington DC and Stefan went back to New York City.  We were together for 7 years.  We kept a formal relationship and saw each other every weekend and every vacation we could.  We spent time with his family and friends always in a very respectful and decent environment.  We did sports like going to the gym, running and skating in the park, and played tennis.  We would also go out for dinner and parties according our age.  We liked going to the beach with family and friends whenever we could and had various trips together.  After almost 6 years of being together we decided to formalize our relationship and got engaged.  We lived together in New York for one year but did not get married.  I came back to my country and this is where I have been since.

During the time I spent with Stefan, I can say he was a hardworking and determined person with a great heart.  He was always a gentleman, with a very nice and loving family, and was very special with me and my family.  I can say he was an exceptional brother and son, as well as a great friend and colleague. During that time, Stefan was extremely enthusiastic to succeed in his career in Finance.  He would wake up at 5am to go to his job every morning, and completed his CFA degree which along his hardwork and discipline, helped him succeed in his job.

I can say Stefan was a loved person by his family, his friends, and also by his parents´ friends.  In summary, I can define Stefan as well brought up individual, with a high moral, and overall, as a loyal person which is hard to say nowadays.  I hope my words are of your help.

Respectfully submitted,

Paula Zúñiga Spano