Tibor Nemes

Montclair, NJ

April 30, 2017

The Honorable Jed S. Rakoff
U.S. District Court Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

Re: Letter of Support for Stefan Lumiere

Dear Judge Rakoff:

I have known Stefan since 1995 when I started working in the financial industry. I am of Hungarian decent, have been in the United States since 1991 when my father was stationed in New York City as a diplomat and I came here to complete my college education. I found a home in this country through good friendships, a long career in finance and established a family. I am now a US citizen living in Montclair, NJ and I work at Maytech Global Investments as Chief Compliance Officer.

Stefan and I worked together as colleagues at Spear, Leeds and Kellogg, then later at Goldman Sachs for many years. He later became my client when he was a fund manager and we have stayed good friends throughout the years, supporting each other through good and difficult times. Stefan and I were also members at the Bond Club of New York, where he volunteered for the mentoring program the club set up for Mott Hall, a charter school.

Having worked so closely with Stefan, I have gotten to know him professionally very well. I respect the jury's decision, however surprising it was to hear of the outcome. It was surprising because my professional and personal experience is that Stefan has always held himself to the highest ethical standards. I know him as someone who has achieved all his success on intelligence and excellent management skills, and who has always done right by the customer. In business, and any walk of life, one couldn't achieve the respect and success Stefan had enjoyed for a long time without these character traits.

Stefan and I were on a team at one point that looked to launch an investment company. I helped out with the operational organization of the entity we were planning to build, he was one of the managing partners. Throughout this process Stefan had guided me to make sure all processes and checks were in place so our investor clients were not exposed to any operational or compliance risk and even at the portfolio management level risks were clearly outlined and written in a policy framework. Stefan

rigorously followed the CFA charter holder guidelines and held everybody on the team to the same high standards. For these reason it is very difficult for me to understand how he may have gotten involved in these offenses.

On a personal level Stefan has been a great friend not only to me but many others close to him as well. He has always gone out of his way to help others. I went through a period when I was lost in my career and during that time he was my source of inspiration and guidance to make the right decisions for me and my family. I always trusted his advice. While Stefan worked very long hours, he always had time for friends, family, and charitable work. Among several volunteer engagements, he has been a donor and Fundraising Committee Member for St. Jude's Pediatric Cancer Research.

In conclusion, I would like to ask the court to keep in mind the high professionalism Stefan had displayed during his career, the very positive influence he has had on friends and family, and act with compassion when deciding on his future. He is an integral part of our community, positively impacting everybody's lives, and we hope to have him back very soon. Thank you for your consideration of my opinion and for allowing me to extend support for Stefan.

Respectfully submitted,

Tibor Nemes