

Scott Lister
Farmington, CT

The Honorable Jed S. Rakoff
U.S. District Court Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

Dear Judge Rakoff,

My name is Scott Lister – and I live with my wife and two children (ages 10 and 13) in Farmington, CT. Stefan and I met at age 13 at the Kent School in Kent, CT during which we were in numerous classes together, were teammates on the swim team and lived in the same dormitory. As the Kent School class secretary, I have been in touch with Stefan post-graduation through school events as well as social occasions when I was living in New York City.

I am aware of Stefan's situation, and could not be more surprised. I know Stefan to be incredibly honest and hardworking. One of my favorite times with Stefan was during our swimming days. The coach needed to choose someone to swim the 100 butterfly in the State Championship - and it was between Stefan and another person. To decide the matter there was a head-to-head race during practice. The winner would go to the State Championship and the loser would not. The practice race was close and Stefan was declared the winner – however Stefan said that when he was finishing he saw the other person touch 1st. As a result because of his honesty and integrity, he did not make the trip to State Championships.

I thank the court for giving me this opportunity to vouch for Stefan's honesty and integrity – and it my hope that the court will be compassionate.

Respectfully submitted,

*Scott Lister*   MAY 15, 2017