P. AMBINDER, MI

NY, NY

The Honorable Jed S. Rakoff
U.S. District Court Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

Dear Judge Rakoff,

This is a Character Letter for Stefan Lumiere who I have known for almost 30 years as a friend of his parents, Dr. Richard and Bianca Lumiere and whose sentencing you will be deciding on May 23, 2017.

I am a retired medical oncologist and hematologist who directed the medical oncology training program for 20 years at the Mount Sinai School of Medicine and practiced in New York City for 40 years. I currently head the Health Information Technology Work Group for the American Society of Clinical Oncology who represent 40,000 practicing oncologists and an organization that I have volunteered my time with from 1988 and whose Board of Directors I served on from 1999-2003. I live in New York City and New Milford, Connecticut with my wife, Abby, and consider the Lumiere family one of our closest friends for the past 30 years. Our kids have also been very close because we have lived close to each other in these locations.

I am fully aware of the crime for which Stefan has been convicted of and can honestly state that based on my family's observations of his character over the past 30 years it has been a shock to me, my wife and our kids that this legal episode has occurred involving Stefan in view of his prior exemplary behavior, thoughtfulness to others, family responsibilities and overall conscientiousness and honesty.

Stefan has always been a devoted son to his accomplished parents and a supportive brother to his siblings. He has a been a thoughtful and serious student who received his MBA from a Harvard affiliated program in Costa Rica. He has always been a respectful and helpful person to others.

The last time I saw Stefan was about 1.5 years ago when he was working for himself as a contractor renovating an apartment near my office. We spoke and I mentioned that I was trying to convert my medical office into a residential unit with a potential buyer. He excitedly described the extent of the renovation work that he did by himself and one other worker in an amazingly short time. His Dad was also impressed with the quality of work. Stefan appeared in good spirits and offered to take a look at my office. I felt

that he was very proud of his accomplishment. But, he never called and I then read about Visium Asset Management in the papers.

This has been the only involvement that Stefan has had with the criminal justice system. I never would have thought during the past 30 years that I would ever be writing a Character Letter for him. Visium Asset Management has had a troubled past and Stefan's sister and her husband, who ran Visium Asset Management, have had a contentious public divorce. I can't stop wondering how this issue played out at Visium Asset Management among all the participants in this case, and especially Stefan. A person's personal struggles can also play a role in this case and from my perspective of knowing Stefan for 30 years, I would be shocked if something like this would ever happen again to Stefan.

I am asking for compassion from the court and thank the court for considering my thoughts and perspectives provided in this letter.


Respectfully submitted,

*Edward Ambinder MD*

Edward P. Ambinder MD