May 5th, 2017

The Honorable Jed S. Rakoff
U.S. District Court Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

Re: Sentencing of Stefan Lumiere, Case No. 1:16-cr-00483

Dear Judge Rakoff

I am writing this letter on behalf of Stefan Lumiere. I am Costa Rican and have always lived in this country. I worked for ten years in an Energy Investment Fund for Latin America and the Caribbean, called E&Co whose headquarters were located in Bloomfield, New Jersey. The first four years, I was the Senior Investment Officer of the fund, and the last six years I was promoted to Regional Manager for all the Region. I retired from E&Co five years ago, and established my own Real State Company in Costa Rica, called Sura Group, where I buy houses, refurnish them and then sell them.

Stefan and I were classmates and became very good friends, while studying for our MBA Degree at Instituto Centro Americano de Administración de Empresas (INCAE), located in Costa Rica, 23 years ago. During the two years that I had the opportunity to spend time with Stefan at INCAE, he always showed himself to be a decent, hardworking, and trustworthy person; and when he returned to the United States, we continued to keep in touch.

I am aware of the securities fraud crime for which Stefan was convicted of, and that he will be sentenced in your federal court in New York on May 23, 2017. I am really surprised and confused about Stefan's involvement in this crime, as I could never imagine him doing anything illegal, because he has always been an honorable and responsible person.

When Stefan came to INCAE, his Spanish was awful, nevertheless, he worked very hard learning the language so that he could successfully complete the MBA program, which was developed mostly in Spanish, and also to be able to communicate with the professors and the alumni. At the end of the MBA, Stefan graduated with good grades thanks to his enormous effort, and willingness to succeed, and he never received any special treatment from the faculty or his peers, showing the great character and determination that he has by doing things well and in an ethical way. I remember how he constantly was communicating by phone with his beloved family, as for him they were his most important asset. Even though, having the language barrier, since the beginning of the MBA, Stefan was able to easily bond with everyone, and he always was a very supportive and trustful friend. I remember that during the three months of vacations between first and second

year of the MBA, Stefan offered to host me in his home in New York, if I decided to do an internship there; at the end, I did it here in Costa Rica, nevertheless this is only an example, of Stefan's constant desire of helping people, without any personal interest.

Judge Rakoff, I am respectfully asking for the mercy of your Court when Stefan is sentenced. I pray that you will give a heartfelt consideration in making that decision and that you will take into consideration all of the good that Stefan has accomplished in his life; as well as all that he can give back to society if given a second chance.

Thank very much for reading this letter, and I will be more than willing to expand on Stefan's character if you consider it pertinent. My phone number in Costa Rica is ▬ and my personal email is ▬

Best regards,

*[signature]*

Wilhelm Baumgartner
CEO
SURA GROUP
San José, Costa Rica
Telephone number: ▬
Email: ▬