# Visium Credit Opportunities Fund (Onshore and Offshore)
# Selected Investors' Accounts

**Data Source:**
Onshore (VAM 000806665)
Offshore (VAM 000806664)

**Notes:**
Includes only investors who made contributions from July 2011 through December 2012 and lost money.
Sorted by loss amount.

| Investor Legal Name | Fund | Original Series Investment | Contribution Date | Contribution Amount | Total Loss on Investment |
|---|---|---|---|---|---|
| J.P. Morgan Trust Company (Jersey) Limited as Trustee of The Petroleum Studies and Research Center Endowment Trust | Offshore | Class B Sub-Class 2 Series Sept 01 2010 | Various | $ 26,500,000 | $ 10,200,673 |
| Prime Nominees (Cayman) Limited: Ref 40242852 Benchmark Plus Institutional Partners, LLC | Onshore | Limited Partner Series B | Various | 31,000,000 | 2,380,506 |
| State Street Bank and Trust Co. for the benefit of CCM Series 3, a series of CCM Series, LLC | Onshore | Limited Partner Series B | Jan-12 | 8,500,000 | 646,919 |
| AIP Custom Hedge Fund Solutions (Cayman) LP | Offshore | Class B Sub-Class 2 Series Oct 01 2012 | Various | 2,700,000 | 610,604 |
| Prime Nominees (Cayman) Limited: Ref 40242903 Benchmark Plus Partners, LLC | Onshore | Limited Partner Series B | Jul-11 | 6,000,000 | 549,047 |
| TCPAM Investments (Cayman) Ltd - Class T | Offshore | Class A Sub-Class 2 Series July 01 2011 | Jul-11 | 1,000,000 | 354,462 |
| Deutsche Bank National Trust Company as Custodian for William Blair Master Fund LLC - Green Series | Onshore | Limited Partner Series B | Various | 1,030,000 | 277,980 |
| UBS AG, Zurich (YY6468295) / Guernroy Ltd. A/C G520163 | Offshore | Class A Sub-Class 2 Series July 01 2011 | Jul-11 | 1,000,000 | 267,679 |
| Credit Suisse London Nominees Ltd | Offshore | Class B Sub-Class 2 Series July 01 2011 | Jul-11 | 500,000 | 259,104 |
| Farid A Virani | Onshore | Limited Partner Series B | Jul-11 | 250,000 | 129,436 |
| AlphaVille FIL | Offshore | Class A Sub-Class 2 Series July 01 2011 | Jul-11 | 500,000 | 14,899 |
| Prime Nominees (Ireland) Limited A/C 10000666 | Offshore | Class B Sub-Class 2 Series July 01 2011 | Jul-11 | 800,000 | 9,237 |
| Kstone ARV Ltd | Offshore | Class B Sub-Class 2 Series July 01 2011 | Jul-11 | 100,000 | 2,980 |
| | | | Totals | $ 79,880,000 | $ 15,703,526 |

DRAFT, SUBJECT TO CHANGE