UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| - v. - | :      16 Cr. 483 (JSR) |
| STEFAN LUMIERE, | : |
| Defendant. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**GOVERNMENT'S SECOND SUPPLEMENTAL SENTENCING SUBMISSION**

                                                       JOON H. KIM
                                                      Acting United States Attorney
                                                      Southern District of New York
                                                      Attorney for the United States of America

Ian McGinley
Damian Williams
Joshua A. Naftalis
Assistant United States Attorneys
- Of Counsel -



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 12, 2017

**BY ECF FILING AND HAND DELIVERY**

The Honorable Jed S. Rakoff
United States District Judge
Southern District of New York
500 Pearl Street, Room 1340
New York, New York 10007

> Re:   *United States* v. *Stefan Lumiere*
>        16 Cr. 483 (JSR)

Dear Judge Rakoff:

     Last week, Visium produced investor statements through September 2016.  Enclosed is the Government's revised loss estimate based on those statements.  This number represents the performance of investments made after the defendant's fraud began.  As noted in its original submission, the Government contends that these investors were fraudulently induced to invest in the Credit Fund, and that their subsequent losses are fairly attributable to the defendant's crimes.

                                  Respectfully submitted,

                                  JOON H. KIM
                                  Acting United States Attorney

                         By:   _____/s/_____
                               Ian McGinley
                               Damian Williams
                               Joshua A. Naftalis
                               Assistant United States Attorneys

cc:   Jonathan N. Halpern, Esq. (by email)
       Counsel for Stefan Lumiere

# Visium Credit Opportunities Fund (Onshore and Offshore)
## Selected Investors' Accounts

**Data Source:**
Onshore (VAM 000806665, 12788239, 12788603, 12789571)
Offshore (VAM 000806664, 12788286, 12788650, 12789618)

**Notes:**
Includes only investors who made contributions from July 2011 through December 2012 and lost money.
Sorted by loss amount.

| Investor Legal Name | Fund | Original Series Investment | Contribution Date | Contributions | Redemptions | Total Loss on Investment |
|---|---|---|---|---|---|---|
| J.P. Morgan Trust Company (Jersey) Limited as Trustee of The Petroleum Studies and Research Center Endowment Trust | Offshore | Class B Sub-Class 2 Series Sept 01 2010 | Various | $ 26,500,000 | $ 22,352,474 | $ 4,147,526 |
| Prime Nominees (Cayman) Limited: Ref 40242852 Benchmark Plus Institutional Partners, LLC (1) | Onshore | Limited Partner Series B | Various | 31,000,000 | 28,619,494 | 2,380,506 |
| State Street Bank and Trust Co. for the benefit of CCM Series 3, a series of CCM Series, LLC | Onshore | Limited Partner Series B | Jan-12 | 8,500,000 | 7,853,081 | 646,919 |
| Prime Nominees (Cayman) Limited: Ref 40242903 Benchmark Plus Partners, LLC | Onshore | Limited Partner Series B | Jul-11 | 6,000,000 | 5,450,953 | 549,047 |
| AIP Custom Hedge Fund Solutions (Cayman) LP | Offshore | Class B Sub-Class 2 Series Oct 01 2012 | Various | 2,700,000 | 2,293,358 | 406,642 |
| TCPAM Investments (Cayman) Ltd - Class T | Offshore | Class A Sub-Class 2 Series July 01 2011 | Jul-11 | 1,000,000 | 818,290 | 181,710 |
| UBS AG, Zurich (YY6468295) / Guernroy Ltd. A/C G520163 | Offshore | Class A Sub-Class 2 Series July 01 2011 | Jul-11 | 1,000,000 | 864,708 | 135,292 |
| Credit Suisse London Nominees Ltd | Offshore | Class B Sub-Class 2 Series July 01 2011 | Jul-11 | 500,000 | 374,841 | 125,159 |
| Deutsche Bank National Trust Company as Custodian for William Blair Master Fund LLC - Green Series (1) | Onshore | Limited Partner Series B | Various | 1,030,000 | 936,092 | 93,908 |
| Farid A Virani | Onshore | Limited Partner Series B | Jul-11 | 250,000 | 187,638 | 62,362 |
| AlphaVille FIL | Offshore | Class A Sub-Class 2 Series July 01 2011 | Jul-11 | 500,000 | 485,101 | 14,899 |
| Prime Nominees (Ireland) Limited A/C 10000666 | Offshore | Class B Sub-Class 2 Series July 01 2011 | Jul-11 | 800,000 | 790,763 | 9,237 |
| Kstone ARV Ltd | Offshore | Class B Sub-Class 2 Series July 01 2011 | Jul-11 | 100,000 | 97,020 | 2,980 |
| | | | Totals | $ 79,880,000 | $ 71,123,813 | $ 8,756,187 |

(1) Represents prorated amounts

# Visium Credit Opportunities Fund (Onshore and Offshore)
## Redemptions for Selected Investors' Accounts

**Data Source:**
Onshore (VAM 000806665, 12788239, 12788603, 12789571)
Offshore (VAM 000806664, 12788286, 12788650, 12789618)

| Investor Legal Name | Fund | Original Series Investment | pre-2014 | Redemptions 2014 - 9/30/16 | total |
|---|---|---|---|---|---|
| J.P. Morgan Trust Company (Jersey) Limited as Trustee of The Petroleum Studies and Research Center Endowment Trust | Offshore | Class B Sub-Class 2 Series Sept 01 2010 | $ 16,299,327 | $ 6,053,147 | $ 22,352,474 |
| Prime Nominees (Cayman) Limited: Ref 40242852 Benchmark Plus Institutional Partners, LLC (1) | Onshore | Limited Partner Series B | 28,619,494 | - | 28,619,494 |
| State Street Bank and Trust Co. for the benefit of CCM Series 3, a series of CCM Series, LLC | Onshore | Limited Partner Series B | 7,853,081 | - | 7,853,081 |
| Prime Nominees (Cayman) Limited: Ref 40242903 Benchmark Plus Partners, LLC | Onshore | Limited Partner Series B | 5,450,953 | - | 5,450,953 |
| AIP Custom Hedge Fund Solutions (Cayman) LP | Offshore | Class B Sub-Class 2 Series Oct 01 2012 | 2,089,396 | 203,962 | 2,293,358 |
| TCPAM Investments (Cayman) Ltd - Class T | Offshore | Class A Sub-Class 2 Series July 01 2011 | 645,538 | 172,752 | 818,290 |
| UBS AG, Zurich (YY6468295) / Guernroy Ltd. A/C G520163 | Offshore | Class A Sub-Class 2 Series July 01 2011 | 732,321 | 132,387 | 864,708 |
| Credit Suisse London Nominees Ltd | Offshore | Class B Sub-Class 2 Series July 01 2011 | 240,896 | 133,945 | 374,841 |
| Deutsche Bank National Trust Company as Custodian for William Blair Master Fund LLC - Green Series (1) | Onshore | Limited Partner Series B | 751,137 | 184,955 | 936,092 |
| Farid A Virani | Onshore | Limited Partner Series B | 120,564 | 67,074 | 187,638 |
| AlphaVille FIL | Offshore | Class A Sub-Class 2 Series July 01 2011 | 485,101 | - | 485,101 |
| Prime Nominees (Ireland) Limited A/C 10000666 | Offshore | Class B Sub-Class 2 Series July 01 2011 | 790,763 | - | 790,763 |
| Kstone ARV Ltd | Offshore | Class B Sub-Class 2 Series July 01 2011 | 97,020 | - | 97,020 |
| | | | $ 64,175,591 | $ 6,948,222 | $ 71,123,813 |