# EXHIBIT B

Reed E. Jones
██████
East Hampton, New York ██████
██████

June 1st, 2017

The Honorable Jed S. Rakoff
U.S. District Court Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

Dear Judge Rakoff:

Please accept this character reference letter in support of Stefan Lumiere.

I met Stefan in the autumn of 1987 at the Kent School in Connecticut. I was from Huntington Beach, California, and Stefan and I were classmates and friends.

I currently live in East Hampton, New York with my wife and three children. I have served as a Captain in the Marine Corps and am currently a principal in a local insurance agency and an active volunteer Fireman. I also previously served as the Chairman of East Hampton Town Planning Board for six years.

Although I accept the jury's verdict, I was very surprised to learn that Stefan was convicted of a crime. During my previous interactions with Stefan, he was always very honest, responsible and conscientious. He was always one to follow rules and act properly.

I do not know what circumstances led to his conviction but I sincerely believe Stefan is a good person with a good heart. When I was a new student on the Kent campus Stefan was one of the first people to introduce himself to me. He was good-natured and especially helpful in orientating me to my new surroundings.

I would appreciate your consideration of my letter when determining Stefan's sentence, and I hope that you will find compassion for Stefan and his family.

Thank you.

Sincerely,

*R E Jones*

Reed E. Jones